Argued June 22, affirmed June 22, petition for rehearing denied
July 25, petition for review allowed September 6, 1972
(See later issue of Oregon Reports)

HAWKINS, *Respondent, v.*
HAWKINS (No. 71 4250), *Appellant.*

497 P2d 1214

*Gary K. Jensen,* Eugene, argued the cause for appellant. On the brief were Gerald D. Gilbert and J. Sidney Armstrong, Eugene.

*Edward C. Harms, Jr.,* Springfield, argued the cause for respondent. With him on the brief were Harms & Harold, Springfield.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.